

United States District Court
Eastern District of California

|  |
|---|

Plaintiff(s)

Case Number: 

V.

|  |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

_____

On _____ (date), I was admitted to practice and presently in good standing in the _____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____      Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____ Bar # _____

## **ORDER**

Dated: January 2, 2025             _/s/ Carolyn K. Delaney_____
                                   JUDGE, U.S. DISTRICT COURT
                                   Carolyn K. Delaney US Magistrate Judge



# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CERTIFICATE OF GOOD STANDING

I, Melissa Aubin, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

*Trisha Sharma*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon, on May 14, 2024.

MELISSA AUBIN
Clerk of Court

By: _____
Diana Norris
Attorney Admissions Clerk