

# United States District Court
# Eastern District of California

| CENTER FOR BIOLOGICAL DIVERSITY | Case Number: 2:24-cv-3756 |

Plaintiff(s)

V.

| U.S. FISH AND WILDLIFE SERVICE, ET AL. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Ryan Adair Shannon** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Center for Biological Diversity**

On **11/12/2015** (date), I was admitted to practice and presently in good standing in the **Oregon State Bar** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **01/06/2025**   Signature of Applicant: /s/ **Ryan Adair Shannon**

**Pro Hac Vice Attorney**

Applicant's Name: Ryan Adair Shannon
Law Firm Name: Center for Biological Diversity
Address: PO Box 11374

City: Portland  State: OR  Zip: 97211
Phone Number w/Area Code: (971) 717-6407
City and State of Residence: Portland, OR
Primary E-mail Address: rshannon@biologicaldiversity.org
Secondary E-mail Address: ryshannon@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Segee
Law Firm Name: Center for Biological Diversity
Address: 226 W. Ojai Ave., Ste. 101-442

City: Ojai  State: CA  Zip: 93023
Phone Number w/Area Code: (805) 750-8852  Bar #: 200795

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 15, 2025

*Carolyn K. Delaney*
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney US Magistrate Judge



# Certificate of Good Standing

State of Oregon        )
                       )  ss.
County of Washington   )

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**RYAN ADAIR SHANNON, BAR NO. 155537**

was admitted to practice law in the State of Oregon by Examination and became an Active member of the Oregon State Bar on November 12, 2015.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Shannon is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 6th day of January 2025.

_____
Sarra Yamin
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222   toll-free in Oregon (800) 452-8260                              www.osbar.org