Brian Segee (Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: (805) 750-8852
bsegee@biologicaldiversity.org

Trisha Sharma (OR Bar No. 235094)
Ryan Adair Shannon (OR Bar No. 155537)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (503) 283-5474
tsharma@biologicaldiversity.org
rshannon@biologicaldiversity.org
*Pro Hac Vice*

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY;<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*;<br><br>    Defendants. | Case No.: 2:24-cv-03756-DAD-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JUNE 9, 2025 SCHEDULING ORDER** |

This stipulation relates to the June 9, 2025 scheduling orders entered in related cases *Center for Biological Diversity v. U.S. Fish and Wildlife Service, et al.* (2:24-cv-3756-DAD-CKD) and *Defenders of Wildlife v. U.S. Fish and Wildlife Service* (2:25-cv-00045-DAD-CKD). The scheduling orders were entered as ECF 21 in case no. 2:24-cv-3756 and ECF 18 in case no. 2:25-cv-45.

After reviewing the orders and conferring, the parties respectfully request to modify the scheduling orders, with the Court's approval, and hereby STIPULATE as follows:

1. Section V of each scheduling order directs the parties to notice their respective cross-motions for summary judgment on a date no more than 60 days from filing. However, in light of the other dates set forth in that section, this timing would result in these cases being heard before briefing is complete. Accordingly, the parties stipulate and request that the cross-motions be noticed for hearing on the court's civil motion calendar on **March 2, 2026,** following the submission of the briefs and joint appendix.

2. Sections VI through VIII of each scheduling order address pretrial and trial procedures. The parties stipulate, and respectfully suggest, that these procedures will not be necessary because—as noted in Section IV of each scheduling order—these are administrative record review actions under the Endangered Species Act and Administrative Procedure Act, the merits of which will be decided on summary judgment. Accordingly, the parties stipulate and respectfully request relief from the April 13, 2026 final pretrial conference and June 12, 2026 bench trial dates set forth in the scheduling orders.

In light of the foregoing, IT IS HEREBY STIPULATED between the parties, subject to the Court's approval, that (1) the June 9, 2025 scheduling order be amended to provide that cross-motions for summary judgment be noticed for hearing on **March 2, 2026**; and that (3) the April 13, 2026 final pretrial conference and June 12, 2026 bench trial dates set forth in the scheduling orders be vacated.

Dated: June 20, 2025

/s/ *Brian Segee*
Brian Segee (Cal. Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
(805) 750-8852
bsegee@biologicaldiversity.org

Trisha Sharma (*pro hac vice*)
(OR Bar No. 235094)
Ryan Shannon (*pro hac vice*)
(OR Bar No. 155537)
Center for Biological Diversity
P.O. Box 11374

Portland, OR 97211
Phone: (503) 283-5474
tsharma@biologicaldiversity.org
rshannon@biologicaldiversity.org

*Attorneys for Plaintiff*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief

*/s/ Sara M. Warren (as authorized on 6/20/25)*
SARA M. WARREN, Trial Attorney
(GA Bar 966948)
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147
Fax | (202) 305-0275
Sara.Warren@usdoj.gov

*Attorneys for Federal Defendants*

### **[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, it is SO ORDERED.

Dated: _____       _____
                                         Hon. Dale A. Drozd
                                         UNITED STATES DISTRICT JUDGE