Brian Segee (Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: (805) 750-8852
bsegee@biologicaldiversity.org

Ryan Adair Shannon (OR Bar No. 155537)
Trisha Sharma (OR Bar No. 235094)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (503) 283-5474
tsharma@biologicaldiversity.org
rshannon@biologicaldiversity.org
*Pro Hac Vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. FISH AND WILDLIFE SERVICE, *et al.*,<br><br>       Defendants. | Case No.: 2:24-cv-03756-DAD-CKD<br><br>**DESIGNATION OF COUNSEL** |

Plaintiff Center for Biological Diversity hereby designates the following attorneys from the Center for Biological Diversity as counsel for service in this action:

Names: Brian Segee; Ryan Shannon

The following attorney is no longer counsel of record in this action:

Name: Trisha Sharma

DATED: September 8th, 2025

s/ *Trisha Sharma*

Trisha Sharma (OR Bar No. 235094)
Ryan Shannon (OR Bar No. 155537)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tsharma@biologicaldiversity.org
Phone: (503) 283-5474
rshannon@biologicaldiversity.org

Brian Segee (Cal. Bar No. 200795)
bsegee@biologicaldiversity.org
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: (805) 750-8852

*Attorneys for Plaintiff*

Designation of Counsel                    Page 2